COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Terry Fisher, 829 Yale, LLC and Assurance Home Warranty
Group, LLC, Ali Choudhri, Brad Parker, Jetall Companies,
Inc. and 2017 Yale Street LLC. v. Steadfast Funding, LLC,
et. al.

Appellate case number:  01-20-00190-CV

Trial court case number:  2019-23950

Trial court:  190th District Court of Harris County

The court dismissed this appeal on October 1, 2020 for nonpayment of the fee for preparing the clerk's record. On the same day, the district clerk filed the clerk's record. On October 16, 2020, appellants filed a motion for rehearing, informing this Court that the clerk's record had been filed.

Accordingly, the Court grants rehearing, withdraws the opinion and judgment of October 1, 2020, and reinstates the appeal on the active docket.

It is so **ORDERED**.


Judge's signature:____/s/ Sherry Radack_____
☐ Acting individually   ☑ Acting for the Court


Date:  __October 27, 2020___